AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| Gloria M. Harrison | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. ___08-352___ |
| Renata J. Henry, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Susan Watson Robinson
c/o Delaware Health and Social Services
1901 N. Dupont Highway
New Castle, DE 19720

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

"J" Jackson Shrum, Esq.
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 6/12/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me[(1)] | DATE<br>6/16/2008 @ 3:00 p.m. |
| NAME OF SERVER *(PRINT)*<br>**Alan M. Schmidt** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X]  Served personally upon the defendant by serving **Erica Heiman, personal assistant, c/o Delaware Health & Social Services, 1901 North DuPont Highway, New Castle, DE 19720**

**28, F, W, 5'2", 115 pounds, brown hair, no glasses**

[ ]  Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]  Returned unexecuted:

[ ]  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/17/2008
            Date

*Alan M. Schmidt* (signature)

Alan M. Schmidt

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure