IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA M. HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>RENATA J. HENRY, individually and in her official capacity as Director of the Division of Alcoholism, Drug Abuse and mental Health of the Delaware Department of Health and Social Services, SUSAN WATSON ROBINSON, individually and in her official capacity as Unit Director of the Delaware Department of Health and Social Services, DELAWARE DEPARTMENT OF HEALTH & SOCIAL SERVICES and the DELAWARE PSYCHIATRIC CENTER, and John Does 1-20,<br><br>    Defendants. | Civil Action No. 08-352 (SLR)<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants Delaware Department of Health & Social Services ("DHSS") and Delaware Psychiatric Center ("DPC"), through their undersigned attorneys, subject to the approval of the Court, that the time within which DHSS and DPC must answer or otherwise plead or move in response to the Complaint is extended until August 8, 2008.

No prior extension has been requested.

WIL:124869.1/DEL227-246720

Dated: June 24, 2008

Kathleen M. Jennings (No. 913)
Joseph C. Schoell (No. 3133)
Chandra J. Rudloff (No. 4907)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-6926
Fax: (302) 778-7906

*Attorneys for Defendants Delaware Department of Health & Social Services and Delaware Psychiatric Center.*

Jackson Shrum (No. 4757)
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Tel: (302) 356-6632
Fax: (302) 777-4352

*Attorney for Plaintiff*

So Ordered:

_____
Robinson, J.