IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA M. HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>RENATA J. HENRY, individually and in her official capacity as Director of the Division of Alcoholism, Drug Abuse and mental Health of the Delaware Department of Health and Social Services, SUSAN WATSON ROBINSON, individually and in her official capacity as Unit Director of the Delaware Department of Health and Social Services, PHILIP THOMPSON, individually and in his capacity as Unit Director of the Delaware Department of Health and Social Services, DELAWARE DEPARTMENT OF HEALTH & SOCIAL SERVICES and the DELAWARE PSYCHIATRIC CENTER, and John Does 1-20,<br><br>Defendants. | Civil Action No. 08-352 (SLR)<br><br>JURY TRIAL DEMANDED |

## MODIFIED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants Delaware Department of Health & Social Services ("DHSS"), Delaware Psychiatric Center ("DPC"), Renata J. Henry, Susan Watson Robinson and Philip Thompson, through their undersigned attorneys, subject to the approval of the Court, that the time within which all Defendants must answer or otherwise plead or move in response to the Complaint is extended until August 8, 2008.

No prior extension has been requested.

WIL:125266.1/DEL227-253522

Dated: July ___, 2008

_____
Kathleen M. Jennings (No. 913)
Joseph C. Schoell (No. 3133)
Chandra J. Rudloff (No. 4907)
WolfBlock LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-6926
Fax: (302) 778-7906
*Attorneys for Defendants*

_____
"J" Jackson Shrum (No. 4757)
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
*Attorneys for Plaintiff*

So Ordered:

_____
              Robinson, J.

WIL:125266.1/DEL227-253522                - 2 -