## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLORIA M. HARRISON,                                        :
                                                           :
        Plaintiff,                                :    Civil Action No. 08-352 (SLR)
                                                           :
                                                           :
        v.                                        :
                                                           :
RENATA J. HENRY, individually and in her                   :
official capacity as Director of the Division of           :
Alcoholism, Drug Abuse and Mental Health                   :
of the Delaware Department Health and Social               :
Services, SUSAN WATSON ROBINSON,                           :
individually and in her official capacity as               :
Hospital Director of the Delaware Department               :
of Health and Social Services, PHILIP                      :
THOMPSON, individually and in his capacity as              :
Unit Director of the Delaware Department of                :
Health and Social Services, DELAWARE                       :
DEPARTMENT OF HEALTH AND SOCIAL                            :
SERVICES, THE DELAWARE                                     :
PSYCHIATRIC CENTER, and JOHN DOES                          :
1-20,                                                      :
                                                           :
        Defendants.                               :

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)

**COME NOW**, Defendants Delaware Department of Health and Social Services, the

Delaware Psychiatric Center, Renata Henry, Susan Watson Robinson, and Philip Thompson

(collectively, the "Defendants"), by and through their undersigned attorney, Kathleen M.

Jennings, and move this Honorable Court to dismiss plaintiff Gloria Harrison's complaint. In

support of this Motion, the Defendants submit the accompanying Brief and Declaration of

Kathleen M. Jennings.

CHL:413146.1/DEL227-253522

- 2 -

WOLFBLOCK LLP


  /s/ Kathleen M. Jennings
  
Kathleen M. Jennings (No. 913)
Joseph C. Schoell (No. 3133)
1100 N. Market Street; Suite 1001
Wilmington, DE 19801
(302) 777-6926
Attorneys for Defendants

Dated: August 8, 2008