**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GLORIA M. HARRISON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 08-352 (SLR) |
| | : | |
| v. | | |
| | | |
| RENATA J. HENRY, individually and in her | : | |
| official capacity as Director of the Division of | : | |
| Alcoholism, Drug Abuse and Mental Health | : | |
| of the Delaware Department Health and Social | : | |
| Services, SUSAN WATSON ROBINSON, | : | |
| individually and in her official capacity as | : | |
| Hospital Director of the Delaware Department | : | |
| of Health and Social Services, PHILIP | : | |
| THOMPSON, individually and in his capacity as | : | |
| Unit Director of the Delaware Department of | : | |
| Health and Social Services, DELAWARE | : | |
| DEPARTMENT OF HEALTH AND SOCIAL | : | |
| SERVICES, THE DELAWARE | : | |
| PSYCHIATRIC CENTER, and JOHN DOES | : | |
| 1-20, | : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF KATHLEEN M. JENNINGS, ESQ.,
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

I, Kathleen M. Jennings, Esq., declare as follows:

1.      I am a partner with the law firm WolfBlock LLP, attorneys for defendants

Delaware Department of Social Services, Delaware Psychiatric Center, Renata Henry, Susan

Watson Robinson, and Philip Thompson (collectively, the "defendants") in the above-captioned

matter.

2.      I make this declaration in support of *Defendant's Motion to Dismiss Pursuant to*

*Fed. R. Civ. P. 12(b)(1) and 12(b)(6)*.  I am competent to testify to the matters stated in this

declaration, have personal knowledge of the facts and statements herein, and each of the facts and statements is true and correct.

3.     Attached hereto as Exhibit "A" is a true and correct copy of a State of Delaware FMLA Medical Certification dated Jan. 22, 2007.

4.     Attached hereto as Exhibit "B" is a true and correct copy of an undated State of Delaware FMLA Medical Certification.

5.     Attached hereto as Exhibit "C" is a true and correct copy of a Fax Cover Sheet from Delaware Foot and Ankle Group.

6.     Attached hereto as Exhibit "D" is a true and correct copy of the Division of Substance Abuse and Mental Health's Web Page.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August, 2008.

_____/s/ Kathleen M. Jennings_____
Kathleen M. Jennings, Esq. (No. 913)

# EXHIBIT A

RECEIVED

FEB 1 3 2007

D.P.C. Human Resources

# The State of Delaware
# FMLA Medical Certification



For Agency Use

Approved ☐
Denied ☐
Require More ☐
Information
Reviewed by:

1. Employee Name: Gloria Harrison

2. Patient Name (if other than employee):

3. Does the patient's condition qualify as a "serious health condition" described by any of the categories listed on the reverse side? If so, please place an X in the applicable box: 1. ☐ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ None of these ☐

4. Describe the medical facts that support your answer to item 3:

Patient is scheduled for surgery on 1/23/07 and will need to remain out of work for at least six weeks after surgery.

5. Date Condition Began: 1/23/07
6. Expected Duration: 6 weeks

7. Regimen of Prescribed Treatment (Number of visits, treatment duration/nature, and referral to other health providers. Include visit/treatment schedule if medically necessary that employee work variable or reduced daily schedule or days per week.)

a. By Physician or Practitioner: Patient will need to see the doctor on a weekly basis the first three weeks then weekly after that.

b. By another health provider, if referred by Physician or Practitioner:

Please place an X in the Yes or No boxes below.

*If certification is for employee's seriously-ill family member, skip items 8 & 9 and go to items 10-14.*

Yes  No

8. ☐ ☒ Is inpatient hospitalization of employee required?

9. ☐ ☒ Can employee perform the functions of assigned position? (First review statement of employee position's essential functions or, if none provided, after discussing with employee.)

10. ☐ ☒ Is inpatient hospitalization of family member (patient) required?

11. ☒ ☐ Does (or will) patient need help for basic medical, hygiene, nutrition, safety or transportation?

12. ☒ ☐ After reviewing employee's signed statement (item 14), is employee's presence necessary, or would it be beneficial for care of the patient? (This may include psychological comfort.)

13. Estimated time period care is needed, or that employee's presence would be beneficial:

*Item 14 is to be completed by employee requesting Family Leave.*

14. Employee: For seriously-ill family member, please describe care you will provide, and estimated time period care will be provided, including a schedule if leave will be taken intermittently, or on other basis.

Type of Practice (Field of specialization, if any)

Podiatrist

Physician or Practitioner Signature & Date

J.Tillis 1/22/07

Employee Signature & Date

Gloria M. Harrison 1/22/07

The Employee Relations Center
Employment Services & Basic Labor Relations Services & North System Application

# EXHIBIT B

RECEIVED

MAR 1 4 2007

D.P.C. Human Resources

# The State of Delaware
# FMLA Medical Certification



| For Agency Use | |
|---|---|
| Approved | ☐ |
| Denied | ☐ |
| Require More Information | ☐ |
| Reviewed by: | |

1. Employee Name: *Gloria Harrison*
2. Patient Name (if other than employee):
3. Does the patient's condition qualify as a "serious health condition" described by any of the categories listed on the reverse side? If so, please place an X in the applicable box: 1.☐ 2.☒ 3.☐ 4.☐ 5.☐ 6.☐ (None of these)

5. Date Condition Began: *1/23/07*
6. Expected Duration: ~~foot~~ *4/13/07*   *Changed (8)*

4. Describe the medical facts that support your answer to item 3:
*Hallux Valgus (L)   Hammertoe 2-5 (L)*
*Bunion   Hammertoe  surgical correction*
*cpt 28296*
*28285*

7. Regimen of Prescribed Treatment *(Number of visits, treatment duration/nature, and referral to other health providers. Include visit/treatment schedule if medically necessary that employee work variable or reduced daily schedule or days per week.)*
a. By Physician or Practitioner: *Pending - possibly Physical therapy*

b. By another health provider, if referred by Physician or Practitioner: *N/A*

Please place an X in the *Yes* or *No* boxes below.

*If certification is for employee's seriously-ill family member, skip items 8 & 9 and go to items 10-14.*

Yes No
8. ☐ ☒ Is inpatient hospitalization of employee required?
9. ☐ ☒ Can employee perform the functions of assigned position? *(First review statement of employee position's essential functions or, if none provided, after discussing with employee.)*
10. ☐ ☒ Is inpatient hospitalization of family member (patient) required?
11. ☐ ☒ Does (or will) patient need help for basic medical, hygiene, nutrition, safety or transportation?
12. ☐ ☒ After reviewing employee's signed statement (item 14), is employee's presence necessary, or would it be beneficial for care of the patient? *(This may include psychological comfort.)* *N/A*
13. Estimated time period care is needed, or that employee's presence would be beneficial:

*Item 14 is to be completed by employee requesting Family Leave.*

14. Employee: For seriously-ill family member, please describe care you will provide, and estimated time period care will be provided, including a schedule if leave will be taken intermittently, or on other basis.

Type of Practice *(Field of specialization, if any)*
*Podiatry*

Physician or Practitioner Signature & Date

Employee Signature & Date

Produced by
The Employee Relations Center
Employment Services • State Labor Relations Services • Merit Review Applications

TLF revised 10.30.01

# EXHIBIT C

*Delaware Foot and Ankle Group*
ERNEST TROISI, D.P.M.
JASON T. KLINE, D.P.M.
(302) 834-3375
Fax (302) 834-4066

RECEIVED
APR 0 3 2007
D.P.C. Human Resources

Today's Date: *4-3-07*

Patient's Name: *Gloria Harrison*

Diagnosis: _____

Treatment: *Foot Surgery*

Off Work Effective: _____

Return to Work Effective: *4-3-07*

With Restrictions    Y (N)

Restrictions to include:
Walking          Hrs/Day _____

Standing         Hrs/Day _____

Weightbearing    Hrs/Day _____

Lifting

Shoes

Other

Restrictions in effect until: _____

Ernest Troisi, DPM.
Jason T. Kline, DPM

RECEIVED
APR 0 3 2007
D.P.C. Human Resources

RECEIVED
APR 0 4 2007
Labor Relations Office
D.M.S.-D.H.S.S

Glasgow Medical Center, 2600 Glasgow Avenue, Suite 107, Newark, DE 19702
Healthcare Center, 200 Hygeia Drive, Suite 1175, Newark, DE 19713
2300 Pennsylvania Avenue, Suite 3-D, Wilmington, DE 19806
Middletown Care Center, 124 Sleepy Hollow Road, Suite 202, Middletown, DE 19709

# EXHIBIT D



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Elected Officials | State

State Phone Directory | Help | Search [This Site ▾] [Your Search...]   GO        Citizen Services | Business Services | To

**Delaware Health and Social Services » Division of Substance Abuse and Mental Health**

HOME
- About DSAMH
- Sections & Programs
- FAQs
- Employment
- News & Media
- Contact Information
- Office Locations
- DSAMH Sitemap

**SERVICES**

**INFORMATION**

# About DSAMH

## The Division

The Delaware Division of Substance Abuse and Mental Health (DSAMH) is located in the Department of Health and Social Services (DHSS). DSAMH serves the adult (age 18 and older) population in need of publicly funded behavioral health services. DSAMH is organized into three operating units. These are the Delaware Psychiatric Center (DPC), two Community Mental Health Centers with six sites, and a variety of community-based Substance Abuse Treatment Programs.

Our mission is to improve the quality of life for adults having mental illness, alcoholism, drug addiction, or gambling addiction by promoting their health and well-being, fostering their self-sufficiency and protecting those who are at risk.

## Services and Programs

**Mental Health**

- Operates Delaware Psychiatric Center, Delaware's only state-operated psychiatric hospital for adults.

- Provides community support services to adults with psychiatric disabilities through two state-operated community mental health centers (CMHCs), New Castle County CMHC and Kent/Sussex CMHC, and through contracts with private agencies. These services include continuous treatment teams, group homes, and clinic-based services. The CMHCs also provide mental health counseling services and 24-hour mobile crisis intervention services statewide.

**Alcohol and Other Drug**

- Provides public drug and alcohol treatment services for adults, primarily through contracts with private agencies. Services include: screening and evaluation; outpatient counseling; opioid treatment, including methadone maintenance; continuous treatment team programs for individuals with long-term, disabling alcohol and drug dependence disorders; less intensive case management services offered through the outpatient counseling agencies; detoxification; and residential services. The residential services include short-term/variable length-of-stay treatment (30 days or less), long-term treatment, and halfway houses. In addition to serving women in all of the residential treatment programs, one residential treatment program is targeted specifically to women, including pregnant women and women with infants. The Division also has specialized case management for adult offenders with alcohol/drug abuse problems who are involved in the Drug Courts. The case management is provided through the Division's Treatment Access Center (TASC).

- Provides alcohol and drug abuse prevention programs that address a

number of high-risk and under served populations and geographic areas in the State. These programs include Fetal Alcohol Syndrome/Fetal Drug Effects prevention (statewide) and prevention activities in targeted areas of the City of Wilmington and in Kent and Sussex Counties.

- Provides services for persons with a dual disorder of mental illness and alcohol/drug abuse problem. Services are provided either concurrently by the mental health and alcohol/drug abuse treatment providers or by two programs targeted specifically to persons with a dual disorder. One program is a long-term residential treatment program that serves the entire State. The other program is a continuous treatment team that serves persons living in New Castle County.

- Provides compulsive gambling services. These services, which are provided contractually for persons with a compulsive gambling problem and their families, consist of public information, education, and awareness activities; a 24-hour help line; assessment; and outpatient treatment.

- Services are provided both at State Service Centers and free standing locations in population centers throughout the State.

## Cultural Competence

- Road Toward Cultural Competence - DSAMH's commitment to establishing multicultural principles and practices throughout its system of services and programs Text Version of Brochure.

---

Get Adobe **Reader**

**Please note:** Some of the files available on this page are in Adobe PDF format which requires Adobe Acrobat Reader. A free copy of Adobe Acrobat Reader can be downloaded directly from Adobe . If you are using an assistive technology unable to read Adobe PDF, please either view the corresponding text only version (if available) or visit Adobe's Accessibility Tools page.

Last Updated: Tuesday August 28 2007