# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA M. HARRISON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RENATA J. HENRY, individually and in her official capacity as Director of the Division of Alcoholism, Drug Abuse and Mental Health of the Delaware Department Health and Social Services, SUSAN WATSON ROBINSON, individually and in her official capacity as Hospital Director of the Delaware Department of Health and Social Services, PHILIP THOMPSON, individually and in his capacity as Unit Director of the Delaware Department of Health and Social Services, DELAWARE DEPARTMENT OF HEALTH & SOCIAL SERVICES and THE DELAWARE PSYCHIATRIC CENTER, and John Does 1-20,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 08-352 (SLR)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)

It is hereby stipulated and agreed upon by Plaintiff Gloria Harrison (the "Plaintiff"), through her undersigned counsel and Defendants Delaware Department of Health and Social Services, the Delaware Psychiatric Center, Renata Henry, Susan Watson Robinson, and Philip Thompson (collectively the "Defendants"), through their undersigned counsel that Plaintiff's deadline to respond to Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), shall be extended until **August 29, 2008**.

| ARCHER & GREINER, P.C. | WOLFBLOCK LLP |
|---|---|
| */s/ "J" Jackson Shrum* | */s/ Kathleen M. Jennings* |
| "J" Jackson Shrum (# 4757) | Kathleen M. Jennings (# 913) |
| 300 Delaware Avenue, Suite 1370 | Joseph C. Schoell (# 3133) |
| Wilmington, DE 19801 | 1100 N. Market Street, Suite 1001 |
| (302) 777-4350 (telephone) | Wilmington, DE 19801 |
| (302) 777-4352 (fax) | (302) 777-6926 (telephone) |
| jjshrum@archerlaw.com | |
| | *Counsel to Defendants* |
| *Counsel to Plaintiff* | |
| | Dated: August 25, 2008 |
| Dated: August 25, 2008 | |

**SO ORDERED AND APPROVED**.

_____
THE HONORABLE SUE L. ROBINSON

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA M. HARRISON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RENATA J. HENRY, individually and in her official ) <br> capacity as Director of the Division of Alcoholism, ) <br> Drug Abuse and Mental Health of the Delaware ) <br> Department Health and Social Services, SUSAN ) <br> WATSON ROBINSON, individually and in her ) <br> official capacity as Hospital Director of the Delaware ) <br> Department of Health and Social Services, PHILIP ) <br> THOMPSON, individually and in his capacity as ) <br> Unit Director of the Delaware Department of Health ) <br> and Social Services, DELAWARE DEPARTMENT ) <br> OF HEALTH & SOCIAL SERVICES and THE ) <br> DELAWARE PSYCHIATRIC CENTER, and John ) <br> Does 1-20, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-352 (SLR) <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the *Stipulation to Extend Time for Plaintiff's Response to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* to be served via regular mail and Lexis/Nexis File and Serve upon the following:

Kathleen M. Jennings (# 913)
Joseph C. Schoell (# 3133)
WOLFBLOCK LLP
1100 N. Market Street, Suite 1001
Wilmington, DE  19801


Dated:  August 25, 2008        */s/ "J" Jackson Shrum*
                "J" Jackson Shrum

3507692v1